UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN DAVIS PRYOR,

    Plaintiff,

vs.                                                           Case No. 8:13-cv-01499-T-27EAJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 18) from the Magistrate Judge recommending that the Commissioner's Motion to Dismiss Plaintiff's Complaint (Dkt. 15) be granted. No objections have been filed, and the time to file such objections has now elapsed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that findings be reviewed *de novo*. *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Nevertheless, the district court reviews the report and recommendation for "clear error" even in the absence of objections. *Macort v. Prem, Inc.*, 208 Fed. Appx. 781, 784 (11th Cir. 2006). Even if no objections to the findings or recommendations have been filed, the district court may "undertake 'further review . . ., *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Stephens v. Tolbert*, 471 F.3d 1173, 1176 (11th Cir. 2006) (quoting *Thomas v. Arn*, 474 U.S. 140, 154 (1985)).

The Magistrate Judge did not clearly err by finding that Plaintiff filed this action after the statutory deadline and that no extraordinary circumstances compel tolling or extending the deadline. Accordingly, the Report and Recommendation (Dkt. 18) is **ADOPTED** and **APPROVED** in full and for all purposes, including for appellate review. The Commissioner's Motion to Dismiss Plaintiff's Complaint (Dkt. 15) is **GRANTED**, and this case is **DISMISSED** *with prejudice*. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 28th day of April, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record